FILED

A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Sep 11, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 1 2009

U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 26, 2009

FILED
CLERK'S OFFICE

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-55)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 1,095 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 11, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                                                    MDL No. 1842

SCHEDULE CTO-55 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 09-1472 | Kelly Davis v. Davol, Inc., et al. | **CA 09-2965** |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 09-3394 | Manuel Torres v. Davol, Inc., et al. | **CA 09-2966** |
| **FLORIDA MIDDLE** | | |
| FLM 3 09-668 | Peter A. Jowais, et al. v. Davol, Inc., et al. | **CA 09-2967** |
| **FLORIDA NORTHERN** | | |
| FLN 3 09-296 | Gearlynn Vallas, et al. v. Davol, Inc., et al. | **CA 09-2968** |
| **GEORGIA MIDDLE** | | |
| GAM 5 09-237 | Jerry Glenn Rumph, Jr. v. Davol, Inc., et al. | **CA 09-2969** |
| **MINNESOTA** | | |
| MN 0 09-1955 | Joan Hieserich v. Davol, Inc., et al. | **CA 09-2970** |
| MN 0 09-1956 | Wendy Siraco v. Davol, Inc., et al. | **CA 09-2971** |
| MN 0 09-1957 | Darien Walthour v. Davol, Inc., et al. | **CA 09-2972** |
| MN 0 09-1958 | Anna M. Robles, etc. v. Davol, Inc., et al. | **CA 09-2973** |
| MN 0 09-1983 | Offie Martha Diaz v. Davol, Inc., et al. | **CA 09-2974** |
| MN 0 09-2028 | Nicholas G. Lambert v. Davol, Inc., et al. | **CA 09-2975** |
| MN 0 09-2063 | Peggy Barrows v. Davol, Inc., et al. | **CA 09-2976** |
| **MISSOURI WESTERN** | | |
| MOW 4 09-625 | Melanie Hill v. Davol, Inc., et al. | **CA 09-2977** |
| MOW 4 09-626 | Kimberly Stanley v. Davol, Inc., et al. | **CA 09-2978** |
| MOW 4 09-627 | James Laudell v. Davol, Inc., et al. | **CA 09-2979** |
| MOW 4 09-628 | Norma Lebron v. Davol, Inc., et al. | **CA 09-2980** |
| MOW 4 09-629 | Eugene Spake v. Davol, Inc., et al. | **CA 09-2981** |
| **NEW JERSEY** | | |
| NJ 2 09-3674 | Sandra Wilkinson v. Davol, Inc., et al. | **CA 09-2982** |
| **NEW YORK EASTERN** | | |
| NYE 1 09-3136 | Richard W. Munroe, et al. v. Davol, Inc., et al. | **CA 09-2983** |
| NYE 1 09-3137 | Pamela Montague v. Davol, Inc., et al. | **CA 09-2984** |
| **UTAH** | | |
| UT 2 09-683 | Gerald King, et al. v. Davol, Inc., et al. | **CA 09-2985** |

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

INVOLVED COUNSEL LIST (CTO-55)

Christopher T. Alley
ALLEY CLARK GREIWE & FULMER
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Stephen R. Bough
LAW OFFICES OF STEPHEN R BOUGH
917 W. 43rd Street, Suite 100
Kansas City, MO 64111

William Greg Dobson
DOBSON & SHIM
830 Mulberry Street, Suite 201
Macon, GA 31201

Amy Eskin
HERSH & HERSH
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102

Adam D. Ford
FORD & HUFF LC
2975 W. Executive Parkway
Suite 200
Lehi, UT 84043

W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
Birmingham, AL 35203

Eric F. Gladbach
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

John P. Hooper
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Peter Lawrence Kaufman
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
P.O. Box 12308 - Suite 400
Pensacola, FL 32502-5996

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Michael A. London
DOUGLAS & LONDON PC
111 John Street, Suite 1400
New York, NY 10038

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903-7109

Lawrence J. Myers
SMITH MOORE LEATHERWOOD LLP
Atlantic Center Plaza
1180 West Peachtree Street, Suite 2300
Atlanta, GA 30309

Derek H. Potts
POTTS LAW FIRM LLC
908 Broadway, 3rd Floor
Kansas City, MO 64105

James E. Rolshouse
JAMES ROLSHOUSE
& ASSOCIATES PLLC
1605 Southcross Drive West
Burnsville, MN 55306

Christopher A. Seeger
SEEGER WEISS LLP
One William Street, 10th Floor
New York, NY 10004-2502

Anna M. Yakle
CHARLES H JOHNSON
& ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                    MDL No. 1842

## INVOLVED JUDGES LIST (CTO-55)

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Stanley R. Chesler
U.S. District Judge
417 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Maxine M. Chesney
Senior U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Raymond J. Dearie
Chief Judge, U.S. District Court
912 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Fernando J. Gaitan, Jr.
Chief Judge, U.S. District Court
Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Room 7552
Kansas City, MO 64106

Hon. David Greg Kays
U.S. District Judge
Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Room 8652
Kansas City, MO 64106

Hon. Dale A. Kimball
U.S. District Judge
222 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Richard H. Kyle
Senior U.S. District Judge
772 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. James M. Rosenbaum
U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**MDL No. 1842 - Involved Judges List (CTO-55) (Continued)**

Hon. C. Ashley Royal
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 128
Macon, GA 31202

Hon. Howard F. Sachs
Senior U.S. District Judge
Charles Evans Whittaker U.S. Courthouse
7th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. Ortrie D. Smith
U.S. District Judge
United States District Court
Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Room 8552
Kansas City, MO 64106

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. C. Roger Vinson
Senior U.S. District Judge
517 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502

Hon. Eric N. Vitaliano
U.S. District Judge
United States District Court
714 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Dean Whipple
Senior U.S. District Judge
Charles Evans Whittaker U.S. Courthouse
8th Floor
400 East Ninth Street
Kansas City, MO 64106

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                              MDL No. 1842

## INVOLVED CLERKS LIST (CTO-55)

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

Gregory J. Leonard, Clerk
P.O. Box 128
Macon, GA 31202

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Ann Thompson, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building
    & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101